Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 03 C 6867 | DATE | 11/15/2007 |
| CASE TITLE | Trst Chgo Pinst Ptr vs. Cork Plastering | | |

**DOCKET ENTRY TEXT**

ENTER MEMORANDUM OPINION AND ORDER. For the reasons stated in the attached memorandum opinion and order, plaintiffs' bill of costs (doc. # 105) is granted in the reduced amount of $9,784.67.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|